IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONOVAN NETCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEXIUS SOLUTIONS, INC, dba NEXIUS,<br><br>　　　　Defendant.<br>_____/ | No. C-15-5172 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT; DIRECTING DEFENDANT TO PROVIDE CHAMBERS COPY OF ANSWER** |

　　　　On December 24, 2015, the above-titled action was reassigned to the undersigned.

　　　　To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his complaint, filed November 11, 2015, and defendant is hereby DIRECTED to submit forthwith a chambers copy of its answer, filed December 7, 2015.

　　　　**IT IS SO ORDERED.**

Dated: January 8, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge