IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONOVAN NETCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEXIUS SOLUTIONS, INC, dba NEXIUS,<br><br>　　　　Defendant.<br>_____/ | No. C-15-5172 MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

By order filed January 8, 2016, the Court directed plaintiff to submit forthwith a chambers copy of his complaint, electronically filed November 11, 2015, to facilitate the Court's review of the case. Plaintiff has not complied with the Court's order.[1] Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of his complaint.

Parties are expected to comply with court orders without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 22, 2016

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court's order of January 8, 2016, also directed defendant to submit a chambers copy of its answer, which defendant promptly did.